

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00024-CV

**ALAMO PACKAGING, L.P.**, Victory Packaging Management, L.L.C.,
William Marcus, Jack McGuckin, and Richard Berns,
Appellants

v.

**ALAMO PACKAGING CORPORATION**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-02909
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:   April 22, 2009

DISMISSED

The appellants have filed an unopposed motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Appellants also request immediate issuance of the mandate, which we grant.

PER CURIAM